## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF NEW YORK

| | |
|---|---|
| SAM WILSON,<br><br>    Plaintiff,<br><br>  v.<br><br>TREES N TRENDS, INC.<br><br>    Defendant. | Case No. 1:23-cv-01120-EAW |

## NOTICE OF DISMISSAL PURSUANT TO RULE 41(a)(1)

1. Whereas Plaintiff SAM WILSON filed the above-referenced case against Defendant TREES N TRENDS, INC. on October 25, 2023.

2. Whereas Defendant has not yet answered Plaintiff's Complaint, and thus dismissal is appropriate without Court order, pursuant to F.R.C.P. Rule 41(a)(1)(A)(i).

3. Accordingly, pursuant to F.R.C.P. Rule 41(a)(1)(A)(i), Plaintiff hereby dismisses his Complaint with prejudice.

Dated: January 29, 2024          Respectfully Submitted,

*/s/ Benjamin Sweet*
Benjamin J. Sweet
ben@nshmlaw.com
**NYE, STIRLING, HALE, MILLER & SWEET, LLP**
1145 Bower Hill Road, Suite 104
Pittsburgh, PA 15243

*Attorneys for Plaintiff Sam Wilson*

SO ORDERED

ELIZABETH A. WOLFORD
CHIEF JUDGE
UNITED STATES DISTRICT COURT

**Dated: January 30, 2024**